IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM BRYAN JUNIOR                                                                              PLAINTIFF

        v.                          Civil No. 11-5037

SHERIFF KEITH FERGUSON;
CAPTAIN ROBERT HOLLY; and
DR. JOHN HUSKINS                                                                                   DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

On May 19, 2011, I entered an order (Doc. 12) requiring the Plaintiff to complete and return a questionnaire about his claims. The response was to be filed with the Court by June 20, 2011. To date, Plaintiff has not filed his response to the order or communicated with the Court in anyway. No mail has been returned as undeliverable.

On December 14, 2011, Defendants filed a motion to dismiss (Doc. 13). They ask for the dismissal of the case on the grounds the Plaintiff has failed to obey an order of the Court. Plaintiff has not responded to the motion to dismiss.

I therefore recommend that the Defendants' motion to dismiss (Doc. 13) be granted. This case should be dismissed based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file**

AO72A
(Rev. 8/82)

**timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 23rd day of January 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)