IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WILLIAM BRYAN JUNIOR**                                                              **PLAINTIFF**

      v.         Civil No. 11-5037

**SHERIFF KEITH FERGUSON;
CAPTAIN ROBERT HOLLY; and
DR. JOHN HUSKINS**                                                                    **DEFENDANTS**

### O R D E R

Now on this 23rd day of February, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #15), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are **dismissed**.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                 JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE